IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02394-JLK

LAGALIA A. AFOLA, individually and as Personal Representative of the Estate of Terrell D. Griswold,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
BRIGHAM SLOAN, Warden, in his official and individual capacities,
DAVID OBA, M.D., in his official and individual capacities,
MANDY MARQUEZ, R.N., in her official and individual capacities,
MARY BUENO-SANDOVAL, LPN, in her official and individual capacities,
TROY ABDULLA, Captain, in his official and individual capacities,
TRUJILLO, Corrections Officer, in his official and individual capacities,
MARY LEYBA, Sergeant, in her official and individual capacities,
ANGIE TURNER, RN, HSA, in her official and individual capacities,
STEVE L. BROWN, SR., in his official and individual capacities,
LEON KELLY, M.D., in his official and individual capacities,
ROBERT FOWLER, in his official and individual capacities, and
GREGORY KIRKLAND, in his individual capacity,

    Defendants.

_____

### INSTRUCTIONS FOR EARLY NEUTRAL EVALUATION ("ENE") BY MAGISTRATE JUDGE MIX
*Effective March 6, 2012*

_____

    This matter is before the Court on the Senior District Judge's Minute Order [#35] referring this matter to the undersigned for an Early Neutral Evaluation ("ENE").

    IT IS HEREBY **ORDERED** that an ENE is set before Magistrate Judge Kristen L. Mix on **February 8, 2013**, at **1:00 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Accordingly,

    **IT IS HEREBY ORDERED** as follows:

    1.    The parties shall submit materials for the Court's review by emailing them to

Mix_Chambers@cod.uscourts.gov. Absent extraordinary circumstances, all materials, including exhibits, shall be limited to a total of 25 pages per side. Any materials in excess of 25 pages or received after **February 5, 2013** will not be considered by the Court.

2. Trial counsel for the parties shall attend the ENE in person. Parties may, but are not required, to attend.

3. The ENE will be conducted on the record. A transcript of the ENE may be ordered by the parties as they deem appropriate. The ENE transcript, record and materials are protected by Fed. R. Evid. 408 and shall not be used for any purpose contrary to the Rule.

4. The Courtroom will be closed to non-parties and/or non-attorneys-of-record during the ENE.

Dated: January 30, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge