IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02394-JLK

LAGALIA A. AFOLA, individually and as Personal Representative of the Estate of Terrell D. Griswold,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
BRIGHAM SLOAN, Warden, in his official and individual capacities,
DAVID OBA, M.D., in his official and individual capacities,
MANDY MARQUEZ, R.N., in her official and individual capacities,
MARY BUENO-SANDOVAL, LPN, in her official and individual capacities,
TROY ABDULLA, Captain, in his official and individual capacities,
TRUJILLO, Corrections Officer, in his official and individual capacities,
MARY LEYBA, Sergeant, in her official and individual capacities,
ANGIE TURNER, RN, HSA, in her official and individual capacities,
STEVE L. BROWN, SR., in his official and individual capacities,
LEON KELLY, M.D., in his official and individual capacities,
ROBERT FOWLER, in his official and individual capacities, and
GREGORY KIRKLAND, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Corrections Corporation of America, Brigham Sloan, David Oba, Mandy Marquez, Mary Bueno-Sandoval, Troy Abdulla, Mary Leyba, Angie Turner, and Steve L. Brown, Sr.'s **Unopposed Motion for Client Representative to Appear at Settlement Conference by Telephone** [Docket No. 40; Filed February 6, 2013] and on Plaintiff's **Unopposed Motion to Allow Plaintiff Afola to Attend Settlement Conference by Phone** [Docket No. 43; Filed February 11, 2013] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions [#40, #43] are **GRANTED**.  Plaintiff and Diana Baker Shew, Esq., Assistant General Counsel of Corrections Corporation of America, may appear by telephone at the Settlement Conference on February 26, 2013 at

1:30 p.m. The Court reminds counsel that they must provide the telephones for their clients' appearances. Counsel are directed to review D.C.COLO.LCivR 83.1 for the rules regarding cameras and recording devices, including cellular telephones, in the United States Courthouse.

      Dated:  February 15, 2013