IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2394-JLK**

**LAGALIA A. AFOLA, individually and as Personal Representative of THE ESTATE OF TERRELL D. GRISWOLD**,

        Plaintiff,

v.

**CORRECTIONS CORPORATION OF AMERICA, et al.**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw as Counsel (doc. #75), filed October 17, 2013, is **GRANTED**. Assistant Attorney General Kathryn A. Starnella is permitted to withdraw as counsel of record for Defendant Gregory Kirkland (CDOC Defendant)**.**

Dated:  October 17, 2013