IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:12-cv-02394-JLK**

**LAGALIA A. AFOLA, Individually and as Personal Representative of THE ESTATE OF TERRELL D. GRISWOLD,**

       Plaintiffs,

v.

**CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRIGHAM SLOAN, in his Individual and Official Capacity,
DAVID OBA, M.D., in his Individual and Official Capacity,
MANDY MARQUEZ, R.N., in her Individual and Official Capacity,
MARY BUENO-SANDOVOL, LPN, in her Individual and Official Capacity,
CAPTAIN TROY ABDULLA, in his Individual and Official Capacity,
CORRECTIONS OFFICER TRUJILLO, in his Individual and Official Capacity,
SERGEANT MARY LEYBA, in her Individual and Official Capacity,
ANGIE TURNER, RN, HSA, in her Individual and Official Capacity,
STEVE L. BROWN SR., in his Individual and Official Capacity,
LEON KELLY, M.D., in his Individual and Official Capacity,
ROBERT FOWLER, in his Individual and Official Capacity,
GREGORY KIRKLAND, in his Individual Capacity,**

       Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT LEON KELLY, M.D.

Kane, J.

       This matter is before the Court on the Joint Stipulated Motion to Dismiss Defendant Dr. Kelly with Prejudice (doc. #83), filed January 6, 2014. The Motion is **GRANTED**. All claims against defendant Dr. Leon Kelly, in his individual and official capacity, are **DISMISSED WITH PREJUDICE**, the parties to pay their own costs and attorney fees.

       Dated this 9th day of January, 2014.

                                 BY THE COURT:

                                 *s/John L. Kane*
                                 John L. Kane, Senior Judge
                                 United States District Court