IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02394-JLK-

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRIGHAM SLOAN, in his Individual and Official Capacity,
DAVID OBA, M.D., in his Individual and Official Capacity,
MANDY MARQUEZ, R.N., in her Individual and Official Capacity,
MARY BUENO-SANDOVOL, LPN, in her Individual and Official Capacity,
CAPTAIN TROY ABDULLA, in his Individual and Official Capacity,
CORRECTIONS OFFICER TRUJILLO, in his Individual and Official Capacity,
SERGEANT MARY LEYBA, in her Individual and Official Capacity,
ANGIE TURNER, RN, HSA, in her Individual and Official Capacity,
STEVE L. BROWN SR., in his Individual and Official Capacity,
GREGORY KIRKLAND, in his Individual Capacity,

    Defendants.
_____

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OF INCARCERATED PERSONS
_____

    This matter is before the Court on the Unopposed Motion for Leave to Conduct Depositions of Incarcerated Persons (Doc. #87), filed February 4, 2014.  The Motion is **GRANTED**.  Defendants may conduct depositions of incarcerated individuals, Carlton Cottman, DOC #112975, Robert Humphrey, DOC #146051, Desi Gallegos, DOC #94561, Jason Brooks, DOC #150014, and Cycle Tyler, DOC #54296.

Dated this 5th day of February, 2014.

                            BY THE COURT:

                            *s/John L. Kane*
                            John L. Kane, Senior Judge
                            United States District Court