# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02394-JLK

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRIGHAM SLOAN, in his Individual and Official Capacity,
DAVID OBA, M.D., in his Individual and Official Capacity,
MANDY MARQUEZ, R.N., in her Individual and Official Capacity,
MARY BUENO-SANDOVOL, LPN, in her Individual and Official Capacity,
CAPTAIN TROY ABDULLA, in his Individual and Official Capacity,
CORRECTIONS OFFICER TRUJILLO, in his Individual and Official Capacity,
SERGEANT MARY LEYBA, in her Individual and Official Capacity,
ANGIE TURNER, RN, HSA, in her Individual and Official Capacity,
STEVE L. BROWN SR., in his Individual and Official Capacity,
GREGORY KIRKLAND, in his Individual Capacity,

    Defendants.

---

## ORDER FOR IN CAMERA REVIEW

Kane, J.

    Defendant Corrections Corporation of America's Unopposed Motion for In Camera Review, Doc. 98, is GRANTED. Defendant shall hand deliver the Bent County Correctional Facility medical logbook, CCA-Griswold 15205-15233, in unredacted form, to the **Clerk, United States District Court, District of Colorado** located at: 901 19th Street, # A-105, Denver, CO 80294-3589, whereupon I will conduct an *in camera* review of its contents. The delivery shall be made on or before April 1, 2014.

DATED:    March 18, 2014        BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, U.S. Senior District Judge