**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02394-JLK

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRIGHAM SLOAN, in his Individual and Official Capacity,
DAVID OBA, M.D., in his Individual and Official Capacity,
MANDY MARQUEZ, R.N., in her Individual and Official Capacity,
MARY BUENO-SANDOVOL, LPN, in her Individual and Official Capacity,
CAPTAIN TROY ABDULLA, in his Individual and Official Capacity,
CORRECTIONS OFFICER TRUJILLO, in his Individual and Official Capacity,
SERGEANT MARY LEYBA, in her Individual and Official Capacity,
ANGIE TURNER, RN, HSA, in her Individual and Official Capacity,
STEVE L. BROWN SR., in his Individual and Official Capacity,
GREGORY KIRKLAND, in his Individual Capacity,

    Defendants.

---

**ORDER CONCERNING
BENT COUNTY CORRECTIONAL FACILITY MEDICAL LOGBOOK**

Kane, J.

    After an *in camera* review of the Bent County Correctional Facility medical logbook, CCA-Griswold 15205-15233 ("logbook"), the Court has determined that the document is amenable to redaction. The logbook in unredacted form contains the name and Colorado Department of Corrections inmate number for each inmate, the purpose or subject matter of their visit to medical, and in some instances, other medical information concerning the inmate. Defendants shall produce to Plaintiffs the responsive pages of the logbook with **all contents redacted except for the name and Colorado Department of Corrections inmate number for each inmate.** The logbook shall be designated as confidential under the Protective Order previously entered by this Court.

DATED:        March 31, 2014                    BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, U.S. Senior District Judge