IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02394-JLK-KLM

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, et. al.

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS DEADLINES**
_____

This matter is before me on the Unopposed Motion for Extension of Discovery Cut-off and Dispositive Motions Deadlines filed by the CCA Defendants on June 2, 2014, ECF. Doc.105. Having reviewed the Motion and the file in this matter, the Motion is GRANTED. I hereby extend the discovery cut-off until June 20, 2014, and the dispositive motions deadline until July 18, 2014.

    Dated this 2nd day of June, 2014.

                                   BY THE COURT:

                                   *s/   John L. Kane*
                                   John L. Kane, Senior Judge
                                   United States District Court