**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12cv02394-JLK

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRIGHAM SLOAN, in his Individual and Official Capacity,
DAVID OBA, M.D., in his Individual and Official Capacity,
MANDY MARQUEZ, R.N., in her Individual and Official Capacity,
MARY BUENO-SANDOVOL, LPN, in her Individual and Official Capacity,
CAPTAIN TROY ABDULLA, in his Individual and Official Capacity,
CORRECTIONS OFFICER TRUJILLO, in his Individual and Official Capacity,
SERGEANT MARY LEYBA, in her Individual and Official Capacity,
ANGIE TURNER, RN, HSA, in her Individual and Official Capacity,
STEVE L. BROWN SR., in his Individual and Official Capacity,
LEON KELLY, M.D., in his Individual and Official Capacity,
ROBERT FOWLER, in his Individual and Official Capacity,
GREGORY KIRKLAND, in his Individual Capacity,

    Defendants.

**ORDER DISMISSING WITH PREJUDICE DEFENDANTS WARDEN BRIGHAM SLOAN, DAVID OBA, M.D., MANDY MARQUEZ, R.N., MARY BUENO-SANDOVAL, LPN, CAPTAIN TROY ABDULLA, CORRECTIONS OFFICER TRUJILLO, SERGEANT MARY LEYBA, ANGIE TURNER, RN, HSA, AND STEVE L. BROWN, SR.**

Kane, J.

    Upon the parties' Voluntary Stipulation of Dismissal, Doc. 107, Defendants Warden Brigham Sloan, David Oba, M.D., Mandy Marquez, R.N., Mary Bueno-Sandoval, LPN, Captain Troy Abudlla, Corrections Officer Trujillo, Sergeant Mary Leyba, Angie Turner, RN, HSA, and Steve L. Brown, Sr. are hereby DISMISSED WITH PREJUDICE, each party to pay his or her own attorney fees and costs.

DATED:	June 30, 2014	BY THE COURT:
	*s/John L. Kane*
	John L. Kane, U.S. Senior District Judge