# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12cv02394-JLK

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
GREGORY KIRKLAND, in his Individual Capacity,

    Defendants.

## ORDER DISMISSING WITH PREJUDICE DEFENDANT GREGORY KIRKLAND

Kane, J.

    This matter comes before me on the joint stipulated motion to dismiss all claims against Defendant Gregory Kirkland, Doc. 109. Having reviewed the Motion and being fully advised, I GRANT the Motion. All claims against Defendant Gregory Kirkland are hereby DISMISSED WITH PREJUDICE, each party to pay his or her own attorney fees and costs.

DATED: July 2, 2014    BY THE COURT:

    *s/John L. Kane*
    John L. Kane, U.S. Senior District Judge