## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12cv02394-JLK

LAGALIA A. AFOLA, Individually and as Personal Representative of
THE ESTATE OF TERRELL D. GRISWOLD,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT CORRECTIONS CORPORATION OF AMERICA WITH PREJUDICE

Kane, J.

    This matter comes before me on the joint stipulated motion to dismiss all claims against Defendant Corrections Corporation of America, Doc. 111.  Having reviewed the Motion and being fully advised, I GRANT the Motion. All claims against Defendant Corrections Corporation of America are hereby DISMISSED WITH PREJUDICE, each party to pay his or her own attorney fees and costs.  Given the earlier Dismissal Orders from this Court, this action is now concluded.  The action is DISMISSED WITH PREJUDICE, all parties to pay their own costs and fees.

DATED: July 7, 2014        BY THE COURT:

                                    *s/John L. Kane*
                                    John L. Kane, U.S. Senior District Judge